IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA     *
                                                *

v.                                            *       CR 319-010
                                                *
MICHAEL KERR                  *

O R D E R

This case came before the Court for a sentencing hearing on July 29, 2020, at which time the Court determined that the matter should be reassigned. Accordingly, **IT IS ORDERED** that this criminal case be reassigned to the Honorable J. Randal Hall, Chief United States District Judge, for plenary disposition.

**ORDER ENTERED** at Augusta, Georgia, this 30 day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA